# United States District Court

## Southern District of Georgia

Jeremy Talley
_____
Plaintiff

Case No.  4:22-cv-00185-RSB-CLR

v.

Appearing on behalf of

NFI G & P Transportation, Inc.
_____
Defendant

Defendants
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __26th__ day of __August__, __2022__.

*[signature: Christopher L. Ray]*
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Edward M. Culver

Business Address:  Nall & Miller, LLP
Firm/Business Name

235 Peachtree Street, N.E., Suite 1500, North Tower
Street Address

| | Atlanta | GA | 30303 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

N/A
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

404-895-0493                                        195554
Telephone Number (w/ area code)         Georgia Bar Number

Email Address:  eculver@nallmiller.com