IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEREMY TALLEY,<br><br>       Plaintiff,<br><br>   v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA; NFI G&P TRANSPORTATION, LLC; and RICHARD CORNELIUS,<br><br>       Defendants. | CIVIL ACTION NO.: 4:22-cv-185 |

**O R D E R**

Before the Court is a "Joint Stipulation of Dismissal and Consent Motion to Dismiss With Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendants, in which the parties advise that they stipulate to the dismissal with prejudice of this action, with each party to bear its own costs, expenses and attorneys' fees.  (Doc. 20.)  Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 28th day of March, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA